# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HAMILTON, CLYDE H | US COURT OF APPEALS - 4TH CIR. | 03/22/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US CIRCUIT JUDGE-Senior Status | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final | 01/01/2006<br>to<br>12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| BANK OF AMERICA PLAZA<br>1901 MAIN ST., SUITE 1250<br>COLUMBIA, SC 29201-2435 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2007 MAR 27 A 11:03
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 03/23/06 | Refund on 2005 Income Tax Return: State of South Carolina | $ 716.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Pulliam-Morris Decorating Company, Inc. and Eclexion division (interior design with on-premises retail sales) Salary, Director's Fees and Commissions |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. National Bank of South Carolina | Line of Credit for Pulliam-Morris Decorating Company, Inc. | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PORTFOLIO I -- IRA | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. Wachovia Securities -- Self-directed: | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. WB FDIC INSURED MONEY MARKET FUND | A | Interest | K | T | | | | | |
| 6. | | | | | | | | | |
| 7. PEREGRINE PHARMACEUTICALS, INC. (common stock) | | None | J | T | | | | | |
| 8. | | | | | | | | | |
| 9. AGL RES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. AMERICAN INTERNATIONAL GROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. AMERICAN NATIONAL INSURANCE CO. (common stock) | A | Dividend | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. AMSOUTH BANCORPORATION (common stock) | A | Dividend | | | Merger | 11-06 | J | | No gain; see below. |
| 16. | | | | | | | | | |
| 17. REGIONS FINANCIAL CORP. | | None | J | T | Merger | 11-06 | J | | See above. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. (common stock) | | | | | | | | | |
| 19. | | | | | | | | | |
| 20. H & R BLOCK, INC. (common stock) | A | Dividend | J | T | | | | | |
| 21. | | | | | | | | | |
| 22. CHEVRON CORPORATION (common stock) | A | Dividend | K | T | | | | | |
| 23. | | | | | | | | | |
| 24. CITIGROUP, INC. (common stock) | A | Dividend | K | T | | | | | |
| 25. | | | | | | | | | |
| 26. EQUITY OFFICE PROPERTIES REIT TRUST | A | Dividend | J | T | | | | | |
| 27. | | | | | | | | | |
| 28. EQUITY RESIDENTIAL (common stock) | A | Dividend | J | T | | | | | |
| 29. | | | | | | | | | |
| 30. GENERAL ELECTRIC COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 31. | | | | | | | | | |
| 32. PROCTOR & GAMBLE CO. (common stock) | A | Dividend | K | T | | | | | |
| 33. | | | | | | | | | |
| 34. IBM CORP. (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. JOHNSON & JOHNSON (common stock) | A | Dividend | J | T | | | | | |
| 37. | | | | | | | | | |
| 38. LIBERTY PROPERTY REIT TRUST | A | Dividend | J | T | | | | | |
| 39. | | | | | | | | | |
| 40. MBNA CORP. (common stock) | A | Distribution | | | Merger | 01-03 | J | | No gain; see below. |
| 41. | | | | | | | | | |
| 42. BANK OF AMERICA CORP. (common stock) | A | Dividend | J | T | Merger | 01-03 | J | | See above. |
| 43. | | | | | | | | | |
| 44. PAYCHEX, INC. (common stock) | A | Dividend | J | T | | | | | |
| 45. | | | | | | | | | |
| 46. PEPSICO INCORPORATED (common stock) | A | Dividend | K | T | | | | | |
| 47. | | | | | | | | | |
| 48. ALTRIA GROUP, INC. (formerly known as Philip Morris | A | Dividend | K | T | | | | | |
| 49. Companies) (common stock) | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. SCANA CORP. (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. UST, INC. (common stock) | A | Dividend | J | T | | | | | |
| 54. | | | | | | | | | |
| 55. UNITED PARCEL SERVICE-B (common stock) | A | Dividend | J | T | | | | | |
| 56. | | | | | | | | | |
| 57. VORNADO REALTY REIT TRUST | A | Dividend & Dist. | K | T | | | | | |
| 58. | | | | | | | | | |
| 59. FPL GROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 60. | | | | | | | | | |
| 61. KEYSPAN CORP. (common stock) | A | Dividend | J | T | | | | | |
| 62. | | | | | | | | | |
| 63. LOWES COMPANIES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 64. | | | | | | | | | |
| 65. FEDEX CORPORATION (common stock) | A | Dividend | K | T | | | | | |
| 66. | | | | | | | | | |
| 67. CARDINAL HEALTH, INC. (common stock) | A | Dividend | J | T | | | | | |
| 68. | | | | | | | | | |

1. Income Gain Codes:   A =S1,000 or less   B =S1,001 - S2,500   C =S2,501 - S5,000   D =S5,001 - S15,000   E =S15,001 - S50,000
(See Columns B1 and D4)   F =S50,001 - S100,000   G =S100,001 - S1,000,000   H1 =S1,000,001 - S5,000,000   H2 =More than S5,000,000
2. Value Codes   J =S15,000 or less   K =S15,001 - S50,000   L =S50,001 - S100,000   M =S100,001 - S250,000
(See Columns C1 and D3)   N =S250,001 - S500,000   O =S500,001 - S1,000,000   P1 =S1,000,001 - S5,000,000   P2 =S5,000,001 - S25,000,000
3. Value Method Codes   P3 =S25,000,001 - S50,000,000   R =Cost (Real Estate Only)   P4 =More than S50,000,000   T =Cash Market
(See Column C2)   Q =Appraisal   V =Other   S =Assessment
  U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. INTERNATIONAL GAME TECHNOLOGY (common stock) | A | Dividend | K | T | | | | | |
| 70. | | | | | | | | | |
| 71. MCGRAW-HILL COMPANIES, INC. (common stock) | A | Dividend | K | T | | | | | |
| 72. | | | | | | | | | |
| 73. PFIZER INCORPORATED (common stock) | A | Dividend | J | T | | | | | |
| 74. | | | | | | | | | |
| 75. BURLINGTON RESOURCES, INC. (common stock) | E | Dividend & Dist. | . | | Merger | 04-03 | K | | No gain. See below. |
| 76. | | | | | | | | | |
| 77. CONOCOPHILLIPS (common stock) | A | Dividend | K | T | Merger | 04-03 | K | | See above. |
| 78. | | | | | | | | | |
| 79. NORFOLK SOUTHERN CORP. (common stock) | A | Dividend | K | T | | | | | |
| 80. | | | | | | | | | |
| 81. WALGREEN COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 82. | | | | | | | | | |
| 83. NUCOR CORP. (common stock) | B | Dividend | K | T | | | | | |
| 84. | | | | | | | | | |
| 85. AUTOMATIC DATA PROCESSING | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| (common stock) | | | | | | | | | |
| 86. | | | | | | | | | |
| 87. HEWLETT-PACKARD COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 88. | | | | | | | | | |
| 89. STAPLES, INC. (common stock) | A | Dividend | K | T | | | | | |
| 90. | | | | | | | | | |
| 91. (2006 New Buy) | | | | | | | | | |
| 92. WASTE MGMT INC DEL (common stock) | A | Dividend | K | T | Buy | 04-04 | K | | |
| 93. | | | | | | | | | |
| 94. END PORTFOLIO I -- | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. WACHOVIA CORPORATION NEW (common stock) | D | Dividend | N | T | | | | | |
| 97. | | | | | | | | | |
| 98. BANK OF AMERICA CORPORATION (personal checking account) | A | Interest | J | T | | | | | |
| 99. | | | | | | | | | |
| 100. SIMCOM INTERNATIONAL HOLDINGS INC. - Series AA Convertible | | None | K | W | | | | | |
| 101. Preferred Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | | | | | |
| 103. JOHN HANCOCK LIFE INSURANCE COMPANY (USA) (formerly | | | | | | | | | |
| 104. THE MANUFACTURERS LIFE INSURANCE COMPANY) | B | Interest | K | T | | | | | |
| 105. (UNIVERSAL LIFE INSURANCE POLICY) | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. PORTFOLIO II -- | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. ABBOTT LABORATORIES (common stock) | A | Dividend | J | T | | | | | |
| 110. | | | | | | | | | |
| 111. ZIMMER HOLDINGS, INC. (common stock) | | None | K | T | | | | | |
| 112. | | | | | | | | | |
| 113. DEUTSCHE BANK AG ADR (common stock) | A | Dividend | J | T | | | | | |
| 114. | | | | | | | | | |
| 115. EXXON MOBIL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 116. | | | | | | | | | |
| 117. GENERAL ELECTRIC CO. (common stock) | A | Dividend | J | T | | | | | |
| 118. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. 3-M CO. (common stock) | A | Dividend | J | T | | | | | |
| 120. | | | | | | | | | |
| 121. ALTRIA GROUP, INC. (formerly known as Philip Morris | A | Dividend | J | T | | | | | |
| 122. Companies, Inc.) (common stock) | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. PFIZER, INC. (common stock) | A | Dividend | J | T | | | | | |
| 125. | | | | | | | | | |
| 126. BANK OF AMERICA CORPORATION (common stock) | A | Dividend | K | T | | | | | |
| 127. | | | | | | | | | |
| 128. NOVARTIS AG ADR (common stock) | A | Dividend | K | T | | | | | |
| 129. | | | | | | | | | |
| 130. WB FDIC INSURED MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 131. | | | | | | | | | |
| 132. BP PLC SPONSORED ADR (common stock) | A | Dividend | J | T | | | | | |
| 133. | | | | | | | | | |
| 134. VERIZON COMMUNICATIONS (common stock) | A | Dividend | J | T | Spin-off | 11-20 | J | | No gain. See below |
| 135. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136.  IDEARC INC. (common stock) | | None | J | T | Spin-off | 11-20 | J | | See above. |
| 137. | | | | | | | | | |
| 138.  CHEVRON CORPORATION (common stock) | A | Dividend | J | T | Buy | 02-07 | J | | |
| 139. | | | | | | | | | |
| 140.  SCANA CORP. (common stock) | A | Dividend | J | T | | | | | |
| 141. | | | | | | | | | |
| 142.  EL PASO ENERGY CAP TR I PFD CONV TR SEC | A | Interest | J | T | | | | | |
| 143.  (Preferred Convertible Stock) | | | | | | | | | |
| 144. | | | | | | | | | |
| 145.  LEHMAN BROTHERS HOLDINGS CORPORATE NOTES - 7.07% | A | Interest | | | Redemption | 02-06 | J | A | |
| 146. | | | | | | | | | |
| 147.  TYCO INTERNATIONAL LTD NEW (common stock) | A | Dividend | J | T | | | | | |
| 148. | | | | | | | | | |
| 149.  CLOROX COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 150. | | | | | | | | | |
| 151.  FEDEX CORP. (common stock) | A | Dividend | K | T | | | | | |
| 152. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. LA POLLA INDUSTRIES, INC. (common stock) | | None | J | T | | | | | |
| 154. | | | | | | | | | |
| 155. DEVON ENERGY CORP. CONV. SUB DEB CPN 4.950% DUE 8/15/08 | A | Distribution | J | T | | | | | |
| 156. | | | | | | | | | |
| 157. DuPONT E.I. deNEMOURS AND COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 158. | | | | | | | | | |
| 159. AFLAC, INC. (common stock) | A | Dividend | J | T | | | | | |
| 160. | | | | | | | | | |
| 161. CARDINAL HEALTH, INC. (common stock) | A | Dividend | J | T | | | | | |
| 162. | | | | | | | | | |
| 163. DENTSPLY INTERNATIONAL, INC. NEW (common stock) | A | Dividend | J | T | | | | | |
| 164. | | | | | | | | | |
| 165. DISNEY WALT COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 166. | | | | | | | | | |
| 167. HOME DEPOT, INC. (common stock) | A | Dividend | K | T | | | | | |
| 168. | | | | | | | | | |
| 169. PATTERSON COMPANIES, INC. | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| (common stock) | | | | | | | | | |
| 170. | | | | | | | | | |
| 171. PEPSI BOTTLING GROUP, INC. (common stock) | A | Dividend | | | Sell | 11-28 | J | A | |
| 172. | | | | | | | | | |
| 173. PULTE HOMES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 174. | | | | | | | | | |
| 175. SYSCO CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 176. | | | | | | | | | |
| 177. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | J | T | | | | | |
| 178. | | | | | | | | | |
| 179. HEWLETT-PACKARD COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 180. | | | | | | | | | |
| 181. TRANSOCEAN, INC. (common stock) | | None | K | T | | | | | |
| 182. | | | | | | | | | |
| 183. MEDTRONIC, INC. (common stock) | A | Dividend | J | T | | | | | |
| 184. | | | | | | | | | |
| 185. STAPLES, INC. (common stock) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. | | | | | | | | | |
| 187. FIRST DATA CORP. (common stock) | A | Dividend | J | T | Spin-off | 10-02 | J | | No gain. See below. |
| 188. | | | | | | | | | |
| 189. WESTERN UNION CO. (common stock) | A | Dividend | J | T | Spin-off | 10-02 | J | | See above. |
| 190. | | | | | | | | | |
| 191. JPMORGAN CHASE & CO. (common stock) | A | Dividend | K | T | | | | | |
| 192. | | | | | | | | | |
| 193. METLIFE, INC. (common stock) | A | Dividend | J | T | | | | | |
| 194. | | | | | | | | | |
| 195. HALLIBURTON COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 196. | | | | | | | | | |
| 197. END PORTFOLIO II -- | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. PORTFOLIO III | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. WB FDIC INSURED MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 202. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. LA POLLA INDUSTRIES, INC. (common stock) | | None | J | T | | | | | |
| 204. | | | | | | | | | |
| 205. CITIGROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 206. | | | | | | | | | |
| 207. DU PONT E.I. DE NEMOURS AND COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 208. | | | | | | | | | |
| 209. HOME DEPOT, INC. (common stock) | A | Dividend | J | T | | | | | |
| 210. | | | | | | | | | |
| 211. JPMORGAN CHASE & CO. (common stock) | A | Dividend | J | T | | | | | |
| 212. | | | | | | | | | |
| 213. END PORTFOLIO III -- | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. PORTFOLIO IV | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. RETIREMENT ACCOUNT (self-directed): | | | | | | | | | |
| 218. | | | | | | | | | |
| 219. FIRST FINANCIAL HOLDINGS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| INCORPORATED (common stock) | | | | | | | | | |
| 220. | | | | | | | | | |
| 221. HELMERICH & PAYNE, INC.. (common stock) | A | Dividend | J | T | | | | | |
| 222. | | | | | | | | | |
| 223. PFIZER, INC. (common stock) | A | Dividend | J | T | | | | | |
| 224. | | | | | | | | | |
| 225. CHEVRON CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 226. | | | | | | | | | |
| 227. WB FDIC INSURED MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 228. | | | | | | | | | |
| 229. SUNTRUST BANKS, INC. (common stock) | A | Dividend | K | T | | | | | |
| 230. | | | | | | | | | |
| 231. MERRILL LYNCH AND CO., INC. SR UNSUB RO FA 6.000% | A | Interest | J | T | | | | | |
| 232. (corporate bond) | | | | | | | | | |
| 233. | | | | | | | | | |
| 234. BANKAMERICA CORP. SENIOR NOTES (corporate bond) | A | Interest | J | T | | | | | |
| 235. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 236. PIEDMONT NATURAL GAS (common stock) | A | Dividend | J | T | | | | | |
| 237. | | | | | | | | | |
| 238. AGL RESOURCES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 239. | | | | | | | | | |
| 240. INTEL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 241. | | | | | | | | | |
| 242. SCANA CORPORTION (common stock) | A | Dividend | J | T | | | | | |
| 243. | | | | | | | | | |
| 244. SOUTHERN COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 245. | | | | | | | | | |
| 246. TEXAS INSTRUMENTS, INC. (common stock) | A | Dividend | J | T | Buy | 01-11 | J | | |
| 247. | | | | | | | | | |
| 248. DEVON ENERGY CORPORATION CONVERTIBLE DEBENTURES | A | Interest | J | T | | | | | |
| 249. 4.95%; August 15, 2008 | | | | | | | | | |
| 250. | | | | | | | | | |
| 251. DUKE ENERGY CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 252. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. CONOCOPHILLIPS (common stock) | A | Dividend | K | T | | | | | |
| 254. | | | | | | | | | |
| 255. AMBAC FINANCIAL GROUP NY (common stock) | A | Dividend | K | T | | | | | |
| 256. | | | | | | | | | |
| 257. AMSOUTH BANCORP. (common stock) | A | Dividend | | | Merger | 11-06 | J | | No gain. See below. |
| 258. | | | | | | | | | |
| 259. REGIONS FINANCIAL CORP. (common stock) | A | Dividend | K | T | Merger | 11-06 | J | | See above. Also see |
| 260. | | | | | | | | | Page 20, line 283. |
| 261. DUQUESNE LIGHT CO. PFD STOCK, 6.70% Pines (corp. bond) | A | Interest | J | T | | | | | |
| 262. | | | | | | | | | |
| 263. JPMORGAN CHASE & CO. (common stock) | A | Dividend | J | T | | | | | |
| 264. | | | | | | | | | |
| 265. UST, INC. (common stock) | A | Dividend | K | T | | | | | |
| 266. | | | | | | | | | |
| 267. CARDINAL HEALTH, INC. (common stock) | A | Dividend | J | T | | | | | |
| 268. | | | | | | | | | |
| 269. CITIGROUP, INC. (common stock) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 270. | | | | | | | | | |
| 271. JOHNSON AND JOHNSON (common stock) | A | Dividend | J | T | | | | | |
| 272. | | | | | | | | | |
| 273. SYSCO CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 274. | | | | | | | | | |
| 275. FEDEX CORPORATION (common stock) | A | Dividend | K | T | | | | | |
| 276. | | | | | | | | | |
| 277. FIRST DATA CORPORATION (common stock) | A | Dividend | J | T | Spin-off | 10-02 | J | | No gain. See below. |
| 278. | | | | | | | | | |
| 279. WESTERN UNION CO. (common stock) | A | Dividend | J | T | Spin-off | 10-02 | J | | See above. |
| 280. | | | | | | | | | |
| 281. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | J | T | | | | | |
| 282. | | | | | | | | | |
| 283. REGIONS FINANCIAL CORP. (common stock) | | | | | | | | | Included at Page 19, |
| 284. | | | | | | | | | line 259. |
| 285. WALGREEN COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 286. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,000 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 287. NORFOLK SOUTHERN CORP. (common stock | A | Dividend | J | T | | | | | |
| 288. | | | | | | | | | |
| 289. UNITED HEALTH GROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 290. | | | | | | | | | |
| 291. HOME DEPOT, INC. (common stock) | A | Dividend | J | T | | | | | |
| 292. | | | | | | | | | |
| 293. BP PLC SPONS ADR (common stock) | A | Dividend | J | T | | | | | |
| 294. | | | | | | | | | |
| 295. (2006 New Buy) | | | | | | | | | |
| 296. LOCKHEED MARTIN CORP. (common stock) | A | Dividend | J | T | Buy | 10-30 | J | | |
| 297. | | | | | | | | | |
| 298. END PORTFOLIO IV | | | | | | | | | |
| 299. | | | | | | | | | |
| 300. PULLIAM-MORRIS DECORATING COMPANY, INC. (common stock) | | None | L | W | | | | | |
| 301. | | | | | | | | | |
| 302. CMC ASSOCIATES (General Partnership) (one-third interest) | D | Rent | L | W | | | | | |
| 303. Columbia, SC Warehouse | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 304. | | | | | | | | | |
| 305. BANK OF AMERICA, Columbia, SC (personal checking account) | | None | J | T | | | | | |
| 306. | | | | | | | | | |
| 307. PORTFOLIO V | | | | | | | | | |
| 308. | | | | | | | | | |
| 309. PEREGRINE PHARMACEUTICALS, INC. (common stock) | | None | J | T | | | | | |
| 310. | | | | | | | | | |
| 311. LA POLLA INDUSTRIES, INC. (common stock) | | None | J | T | | | | | |
| 312. | | | | | | | | | |
| 313. WB FDIC INSURED MONEY MARKET FUND | A | Interest | K | T | | | | | |
| 314. | | | | | | | | | |
| 315. CITIGROUP, INC. (common stock) | A | Dividend | K | T | | | | | |
| 316. | | | | | | | | | |
| 317. HOME DEPOT, INC. (common stock) | A | Dividend | K | T | | | | | |
| 318. | | | | | | | | | |
| 319. DOW JONES & CO., INC. (common stock) | A | Dividend | J | T | | | | | |
| 320. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 321. HEWLETT PACKARD CO. (common stock) | A | Dividend | K | T | Buy | 01-11 | J | | |
| 322. | | | | | | | | | |
| 323. PFIZER, INC. (common stock) | A | Dividend | J | T | | | | | |
| 324. | | | | | | | | | |
| 325. BANK OF AMERICA CORP. (common stock) | A | Dividend | J | T | | | | | |
| 326. | | | | | | | | | |
| 327. INTEL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 328. | | | | | | | | | |
| 329. SCANA CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 330. | | | | | | | | | |
| 331. SOUTHERN COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 332. | | | | | | | | | |
| 333. TEXAS INSTRUMENTS, INC. (common stock) | A | Dividend | J | T | | | | | |
| 334. | | | | | | | | | |
| 335. WACHOVIA CORPORATION NEW (common stock) | A | Dividend | J | T | | | | | |
| 336. | | | | | | | | | |
| 337. AMERICAN INTERNATIONAL GROUP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| (common stock) | | | | | | | | | |
| 338. | | | | | | | | | |
| 339. GENERAL ELECTRIC COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 340. | | | | | | | | | |
| 341. 3M COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 342. | | | | | | | | | |
| 343. DUKE ENERGY CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 344. | | | | | | | | | |
| 345. FIRST DATA CORPORATION (common stock) | A | Dividend | J | T | Spin-off | 10-02 | J | | No gain. See below. |
| 346. | | | | | | | | | |
| 347. WESTERN UNION CO. (common stock) | A | Dividend | J | T | Spin-off | 10-02 | J | | See above. |
| 348. | | | | | | | | | |
| 349. FREDDIE MAC (common stock) | A | Dividend | J | T | | | | | |
| 350. | | | | | | | | | |
| 351. H&R BLOCK, INC. (common stock) | A | Dividend | J | T | | | | | |
| 352. | | | | | | | | | |
| 353. NOVARTIS AG ADR (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 354. | | | | | | | | | |
| 355. PATTERSON COMPANIES, INC. (common stock) | | None | J | T | | | | | |
| 356. | | | | | | | | | |
| 357. RICHLAND CNTY SC HOSP FACS REV RFDG-SC BAPTIST HOSP. | | None | | | Redemption | 08-01 | J | | No gain. |
| 358. Ser B RO 0.000 08/01/2006 DTD 07/10/91 | | | | | | | | | |
| 359. | | | | | | | | | |
| 360. SC TRANSN INFRASTUCTR BK RV A MBIA 5.0% Oct. 1, 2012 | A | Interest | J | T | | | | | |
| 361. | | | | | | | | | |
| 362. COLLEGE OF CHARLESTON, SC HGHR ED FAC REV BONDS 4.0% | A | Interest | | | Redemption | 10-02 | J | | No gain. |
| 363. | | | | | | | | | |
| 364. DUQUESNE LIGHT CO. PFD STK 6.70% Pines | A | Interest | J | T | | | | | |
| 365. | | | | | | | | | |
| 366. DENTSPLY INTERNATIONAL, INC. (common stock) | A | Dividend | K | T | | | | | |
| 367. | | | | | | | | | |
| 368. IBM (common stock) | A | Dividend | J | T | | | | | |
| 369. | | | | | | | | | |
| 370. PEPSICO, INC. (common stock) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 371. | | | | | | | | | |
| 372. UNITED PARCEL SERVICE-B (common stock) | A | Dividend | J | T | | | | | |
| 373. | | | | | | | | | |
| 374. MEDTRONIC, INC. (common stock | A | Dividend | J | T | | | | | |
| 375. | | | | | | | | | |
| 376. ARCH COAL, INC. (common stock) | A | Dividend | J | T | | | | | |
| 377. | | | | | | | | | |
| 378. UNITED HEALTH GROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 379. | | | | | | | | | |
| 380. FIRST FINANCIAL HLDG., INC. (common stock) | A | Dividend | K | T | | | | | |
| 381. | | | | | | | | | |
| 382. SCHLUMBERGER LTD. (common stock) | A | Dividend | J | T | | | | | |
| 383. | | | | | | | | | |
| 384. END PORTFOLIO V | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HAMILTON, CLYDE H | 03/22/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/22/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _March 22, 2007_

NOTE: A ... _...FULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544